**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1075

CHIM S. SHEIKH,

Plaintiff - Appellant,

versus

7-ELEVEN,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge. (CA-03-2270-AW)

Submitted:  July 29, 2005          Decided:  September 13, 2005

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anne J. A. Gbenjo, THE GBENJO LAW GROUP, Houston, Texas; Jo Ann P. Myles, LAW OFFICE OF JO ANN P. MYLES, Largo, Maryland, for Appellant.  Eric A. Welter, WELTER LAW FIRM, P.C., Herndon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chim S. Sheikh appeals the district court's order granting summary judgment for 7-Eleven, Inc. and dismissing his claims of employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sheikh v. 7-Eleven, No. CA-03-2270-AW (D. Md. Dec. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED